UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| MARILYN MELGER, )<br>)<br>Plaintiff, )<br>)<br>-v- )<br>)<br>LIBERTY LIFE ASSURANCE COMPANY )<br>OF BOSTON, )<br>)<br>Defendant. )<br>_____ | C.A. NO.  6:15-cv-04501-MGL |

**ORDER**

This matter is before the Court on the Parties' Joint Motion to Amend the Specialized ERISA Case Management Order ("ECMO") in this matter. Having considered the motion and for good cause shown, it is **ORDERED** and **ADJUDGED** that:

1. The Parties' motion is **GRANTED**.

2. The ECMO is hereby amended, as follows:

    a. Mediation:                              June 6, 2016

    b. Cross Motions For Judgment:             July 5, 2016

    c. Replies:                                July 11, 2016

**IT IS SO ORDERED**.

                                                      s/Mary Geiger Lewis
                                                      The Honorable Mary Geiger Lewis
                                                      United States District Judge

April 5, 2016
Columbia, South Carolina